**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| HERBERT POUNDS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No. CIV-06-1209-F |
| | ) |
| STATE OF OKLAHOMA, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

Plaintiff brings this action alleging violations of his constitutional rights. Plaintiff appears *pro se*, and his pleadings are liberally construed.

Magistrate Judge Bana Roberts's Report and Recommendation of December 29, 2006, is before the court. (Doc. no. 13.) In it, Magistrate Judge Roberts recommends that the complaint be dismissed without prejudice for failure to cure deficiencies with respect to plaintiff's motion for leave to proceed *in forma pauperis*, in violation of the Magistrate Judge's order of November 8, 2006.

Subsequent to the Report and Recommendation, plaintiff filed three documents. (Doc. nos. 14, 15, 16). Although none of the documents is entitled "objection," the court construes each to be an objection to the Report and Recommendation. As required by 28 U.S.C. § 636(b)(1), the court has reviewed all objected to matters *de novo*. After careful consideration of plaintiff's objections, the record, and the relevant authorities, the court finds that no purpose would be served by any further analysis here except to state that the documents construed as objections are largely unintelligible and they do not correct the deficiencies identified in the Magistrate Judge's order of November 8, 2006.

Accordingly, the Report and Recommendation of Magistrate Judge Roberts is **ACCEPTED**, **ADOPTED**, and **AFFIRMED** in its entirety. Consistent with the recommendations contained in the Report, this action is **DISMISSED** without prejudice.

Dated this 25th day of January, 2007.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

06-1209p002(pub).wpd